# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| LYDIA HINOJOSA, | Case No.: 2:25-cv-02956-TLN-AC |
| Plaintiff, | **ORDER ON JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. and TRANS UNION, LLC, | |
| Defendants. | |

The joint motion for an extension of time for Defendant Equifax Information Services, LLC to respond to the complaint is **GRANTED**. Equifax Information Services, LLC shall respond to the complaint on or before **January 20, 2026**. No further extensions will be granted.

It is SO ORDERED.

Dated: December 19, 2025

_____
Troy L. Nunley
Chief United States District Judge

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500